AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| United States of America<br>v.<br>Judd Evans Ballard<br><br>*Defendant(s)* | Case No.  1:21-mj-00617-REP |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __04/16/2021 through 08/05/2021__ in the county of __Ada__ in the _____ District of __Idaho__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See the attached affidavit of Senior Investigator Ken Boals.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ken Boals, Senior Investigator
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed R. Crim. P. 4.1 by being subscribed electronically and sworn to telephonically.

Date: __08/05/2021__

_____
*Judge's signature*

City and state: __Boise, Idaho__    Raymond E. Patricco, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ken Boals, Senior Investigator with the Idaho Office of the Attorney General, being duly sworn, depose and state:

## INTRODUCTION AND INVESTIGATOR BACKGROUND

I am a duly sworn peace officer with the Idaho Attorney General's Office. I have been employed by the Idaho Attorney General's office for approximately (6) years and I have been a sworn law enforcement officer in Idaho for approximately (20) years. I successfully completed the Idaho Peace Officer Standards and Training Academy, Marston Polygraph Academy, Criminology coursework at College of Southern Idaho, and hold a State of Idaho Masters Level Law Enforcement Certificate. I am currently assigned as a Senior Investigator and Operations Coordinator for the Internet Crimes against Children (ICAC) Unit. I have received a Special Federal Deputation pursuant to title 28, sections 0.112 & 0.19A with the United States Marshal Service to investigate violations of the laws of the United States as stated in title 28. I am responsible for enforcing federal, state and local criminal statutes. As a Special Deputy United States Marshal, I am authorized to apply for federal search warrants under Federal Rule of Criminal Procedure 41.

During my tenure as a certified law enforcement officer, I have directed and/or participated in several investigations involving crimes against children. Surveillance, undercover operations, search warrants, interviews, and polygraph are investigative techniques I have employed when investigating crimes against children.

I have received specialized training in child crime investigations that relate to the enticement of minors using the internet or other communication devices. This training specifically covers the investigation of persons who use computers and electronic devices to aid

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—1

in the possession, sharing and distribution of child pornography. I am a certified polygraph examiner with the Idaho State Sex Offender Management Board (SOMB). Specifically, I have received specialized polygraph training on test methodology related to sex offenders and crimes against children. As part of my training and experience, I have reviewed numerous images and videos depicting sexually exploitative material. I currently have approximately 2500 hours of specialized training through the Idaho POST Academy. The ICAC Task Force is responsible for conducting various undercover online investigations, responding to complaints regarding children sexually exploited via the Internet, conducting community education programs, and monitoring the Internet for the distribution and trading of child pornography files and obscenity directed at minors.

I have received specialized training regarding the on-line sexual exploitation of children. The courses that I have attended / completed cover the investigation of persons who use computers and electronic devices, including cellular telephones, to aid in the possession, sharing, and distribution of child pornography and other obscene images and videos, as well as those that use the Internet to entice and solicit children for sexual acts.

I have spoken with investigators from federal, state, and local agencies who are knowledgeable regarding the methods and means used by individuals who buy, sell, trade, send and/or receive child pornography via the Internet and they have related their personal knowledge and provided me with insight as to the manner in which evidence of these crimes is kept. During the course of my duties, I have personally viewed sexually explicit pictures of children, depicting them in the nude, in sexually provocative poses, in lewd poses, and in poses depicting various sexual acts. I have also seen photographs, digital photographs, and videos of children engaged in oral copulation and sexual intercourse.

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—2

The statements in this affidavit come from my personal observations, my training and experience, information that I have obtained from other investigators, information that I have obtained from the National Center for Missing and Exploited Children (NCMEC), and information that I obtained during the execution of a federal search warrant at Judd Ballard's residence.

I am submitting this affidavit as probable cause to arrest and charge Judd Ballard with violations of 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography.

## APPLICABLE LAW

This investigation concerns violations of 18 U.S.C. § 2252A(a)(5)(B), regarding the possession of child pornography.

    a. 18 U.S.C. § 2252A(a)(5)(B) provides that any a person who knowingly possesses, or knowingly accesses with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, shall be punished as provided in subsection (b).

    b. 18 U.S.C. § 2256(8)(A) defines "Child Pornography" as any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical or other means, of sexually explicit conduct, where the production

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—3

of the visual depiction involved the use of a minor engaged in sexually explicit conduct.

c. 18 U.S.C. § 2256(2)(A) defines "Sexually explicit conduct" as actual or simulated:

   i. Sexual intercourse (including genital-genital, oral-genital, or oral-anal), whether between persons of the same or opposite sex;

   ii. Bestiality;

   iii. Masturbation;

   iv. Sadistic or masochistic abuse; or

   v. Lascivious exhibition of the genitals, anus, or pubic areas of any person.

      1. Regarding the definition of "lascivious exhibition of the genitals or pubic areas of any person, most courts have embraced the six-factor lascivious exhibition" test articulated in *United States v. Dost*, 636 F. Supp. 828, 832 (S.D. Cal. 1986):

         a. Whether the focal point of the visual depiction is on the child's genitalia or pubic area;

         b. Whether the setting of the visual depiction is sexually suggestive, i.e., in a place or pose generally associated with sexual activity;

         c. Whether the child is depicted in an unnatural pose, or in inappropriate attire, considering the age of the child;

         d. Whether the child is fully or partially clothed, or nude;

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—4

    e. Whether the visual depiction suggests sexual coyness or a willingness to engage in sexual activity; and

    f. Whether the visual depiction is intended or designed to elicit a sexual response in the viewer.

2. The *Dost* court also observed, "a visual depiction need not involve all of these factors to be a 'lascivious exhibition of the genitalia or pubic area.' The determination will have to be made based on the overall content of the visual depiction, taking into account the age of the minor." *Id.*

## STATEMENT OF PROBABLE CAUSE

Judd Evans Ballard, Date of Birth 04-29-1975, is a registered sex offender who has criminal convictions for Sexual Exploitation of a Minor. On April 12, 2013, Judd Ballard was sentenced in Ada County district court to ten years in prison (2 years fixed followed by 8 years indeterminate) on two counts of sexual exploitation of a child related to his involvement with child pornography. Ballard was released from prison on to supervised parole on June 7, 2017. In 2017, Ballard was convicted in Utah of Sexual Abuse of a Child and placed on a supervised probation. Ballard is currently on parole for the child pornography offense under the supervision of the Idaho Department of Corrections.

As part of part of my duties with the ICAC task force, I receive CyberTips from NCMEC to investigate. On May 17, 2021, I was assigned to investigate two related CyberTips (CyberTip numbers 89884476 and 90072359) from NCMEC. Using tools available to law enforcement, I accessed and viewed both CyberTip files.

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—5

CyberTip 89884476 was reported by Oath Holdings/Yahoo[1] and was received by NCMEC on May 6, 2021. According to CyberTip 89884476, approximately 72 images of nude or partially nude male children, ranging in age from approximately prepubescent to pubescent, some of whom were engaged in sexual acts with adult males, were uploaded to the Yahoo account jball1boy@yahoo.com. In the CyberTip, Oath Holdings Inc. provided screen captures of the emails that contained images of child pornography that were uploaded and shared from the Yahoo account jball1boy@yahoo.com. The Sent Dates, Times, From, and To, of the emails and the associated uploads are listed below.

The CyberTip included information about the Yahoo account jball1boy@yahoo.com, including the following:

a. The user-provided name on the Yahoo account is "Jay Ball."[2]

b. The Yahoo account was created on 03/31/2021 at 02:42:06 (GMT) from T-Mobile USA IP address 2607:fb90:fd0:96ae:8e59:3ea7:4a20:5f93.

c. The phone number provided for the Yahoo account is (208) 509-2336.

d. The date of birth provided for the user of the Yahoo account is 02/28/1989.

e. The last successful login to the Yahoo account was on 04/16/2021 at 03:40:06. (GMT) from T-Mobile USA IP address 2607:fb90:fc0:7a04:279d:cbde:8f7e:d291.

f. The Yahoo account was deactivated by Yahoo on 04/16/2021 at 12:50:10 (GMT) for sharing child pornography via email.

CyberTip 90072359 was also reported by the Electronic Service Provider (ESP) Oath Holdings/Yahoo, and was received by NCMEC on May 11, 2021. According to CyberTip

---

[1] Yahoo is a free email service offered by Oath Holdings, Inc.
[2] I know from my training and experience that it is common for individuals to register online accounts using false names and date of births. This is especially true when the account is intended to be used for illegal activity.

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—6

90072359, approximately 49 images of clothed, nude or partially nude male children, ranging in age from approximately prepubescent to pubescent, some who are engaged in sexual acts with adult males, were uploaded to the Yahoo account john.jor9e@yahoo.com. Oath Holdings Inc. provided screen captures of the emails that contained images of child pornography that were uploaded and shared. The Sent Dates, Times, From, and To, of the emails and associated uploads are listed below.

The CyberTip included information about the Yahoo account john.jor9e@yahoo.com including:

    a. The user-provided name on the Yahoo account is "John Jorge."

    b. The Yahoo account was created on 10/09/2020 at 04:57:40 (GMT) from T-Mobile USA IP address 172.58.46.161.

    c. The phone number provided for the Yahoo account is (208) 509-2336. This is the same phone number provided for the above-referenced Yahoo account jball1boy@yahoo.com.

    d. The date of birth provided for the Yahoo account is 10/17/1999.

    e. The last successful login to the Yahoo account was on 04/12/2021 at 04:50:08 (GMT) from T-Mobile USA IP address 2607:fb90:9c38:f4c3:38f3:50e8:63bf:7216.

    f. An additional login to the Yahoo account was on 03/31/2021 at 02:34:35 (GMT) from T-Mobile USA IP address n2607:fb90:fd0:96ae:8e59:3ea7:4a20:5f93. This is the same IP address that was used to create the above-referenced Yahoo account jball1boy@yahoo.com.

    g. The Yahoo account was deactivated by Yahoo on 05/11/2021 at 18:57:53 (GMT) for sharing child pornography via email.

According to the CyberTips, Oath Holding Inc. had previously viewed some of the files that had been uploaded to the accounts and reported them as potentially being child exploitative material. Therefore, I viewed the files that had been previously viewed by Oath Holdings Inc. and confirmed several images would meet the federal definition of child pornography. The following is a description of four email files reported in the CyberTips. Oath Holdings Inc. provided screen captures of the emails which contained the uploaded child pornography that was shared:

    a. File Name: 1.png

    CyberTip: 90072359/ Yahoo account john.jor9e@yahoo.com

    Incident Time: 05-11-2021 18:59:34 UTC (When Oath submitted the CyberTip to NCMEC)

    Reporting ESP viewed entire content of file: Yes

    Sent Date of the email containing child pornography: Fri, 16 Apr 2021 03:47:59 +0000 (UTC)

    Email sent From: Jay Ball (jball1boy@yahoo.com)

    Email sent To: John.jor9e@yahoo.com

    Description of image attached to the email: This image is a color image. This image shows two male children of Asian descent that are approximately 10 to 12 years of age on a bed. The bed covering has floral and multiple designs. Both children are completely nude with one male child laying on his back and the other kneeling at his side. The child that is kneeling is grasping the other

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—8

child's erect penis with his right hand while looking into the camera. The nude genitalia of both children are visible in the image.

b. File Name: 5.jpg

CyberTip: 90072359/Yahoo account john.jor9e@yahoo.com

Incident Time: 05-11-2021 18:59:34 UTC (When Oath submitted the CyberTip to NCMEC)

Reporting ESP viewed entire content of file: Yes

Sent Date of the email containing child pornography: Fri, 16 Apr 2021 03:51:51 +0000 (UTC)

Email sent From: Jay Ball (jball1boy@yahoo.com)

Email sent To: john.jor9e@yahoo.com

Description of image attached to the email: This is a color image of a Caucasian male child approximately 10 to 12 years of age with light brown hair. The child is completely nude laying on what appears to be a brown wood table with a blue background. The male child is holding a can of whipped cream in his right hand. The child has whipped cream dripping down his body from his chest to his erect penis which is the focus of the image.

c. File Name: 17.jpg

CyberTip 89884476/Yahoo account jball1boy@yahoo.com

Incident Time: 05-06-2021 18:19:42 UTC (When Oath submitted the CyberTip to NCMEC)

Reporting ESP viewed entire content of file: Yes

Sent Date of the email containing child pornography: Fri, 16 Apr 2021 03:51:51 +0000 (UTC)

Email Sent From: Jay Ball (jball1boy@yahoo.com)

Email Sent To: john.jor9e@yahoo.com

Description of the image attached to the email: This is a color image of a completely nude male child approximately 8 to 10 years of age. The child has short brown hair and is laying on a white sheet in a room with a pink background. The child has his legs spread apart and the focus of the image is the child's penis and anus. There is a website depicted in the bottom right corner of the image that says "WWW.BD-COMPANY.NET"

d. File Name: 1.jpg

CyberTip 89884476/ Yahoo account jball1boy@yahoo.com

Incident Time: 05-06-2021 18:19:42 UTC (When Oath submitted the CyberTip to NCMEC)

Reporting ESP viewed entire content of file: Yes

Sent Date of the email containing child pornography: Fri, 16 Apr 2021 03:47:59 +0000 (UTC)

Email Sent From: Jay Ball (jball1boy@yahoo.com)

Email Sent To: john.jor9e@yahoo.com

Description of the image attached to the email: This is a color image that appears to be a screen capture of a male child approximately 8 to 10 years of age. The screen capture is titled at the top of the image "RE:Boys with a Mans Cum in their mouth or On their Face." The child has brown hair and is wearing a black shirt with yellow

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—10

stripes. The child is grasping an erect penis with his left hand and is touching the penis with his tongue. There appears to be ejaculate dripping from the erect penis and the child's mouth.

I believe that two of the files described above (File Name: 1.png and File Name: 1.jpg) depict an act with a minor child that meets the definition of "sexually explicit conduct" in 18 U.S.C. §§ 2256(2)(A)(i) (oral to genital contact) and (iii) (masturbation). I believe that the other two files constitute child pornography under federal law as a lascivious display of the genitals or anus of a child.

Law enforcement records indicate the phone number 208-509-2336 that is associated with both suspect Yahoo accounts belongs to Judd Evans Ballard. I also confirmed with the Idaho Department of Corrections that the phone number on file for Judd Evans Ballard is 208-509-2336. Idaho State sex offender registry records show Ballard residing on Curtis Rd. Boise, Idaho.

I submitted an Administrative Subpoena on May 17, 2021, to T-Mobile for the subscriber records for the phone number 208-509-2336 that is associated with both of the suspect Yahoo accounts. Oath Holdings Inc. reported that there was a login to the account john.jor9e@yahoo.com on 03/31/2021 from the T-Mobile IP address 2607:fb90:fd0:96ae:8e59:3ea7:4a20:5f93. Additionally, Oath Holdings Inc. reported this same IP address used to create the account jball1boy@yahoo.com on 03/31/2021.

On June 3, 2021, T-Mobile provided me with the following subscriber account information regarding the phone number 208-509-2336.

- Name: Judd Ballard
- Account Number: 664124748
- Address: 2084 S Curtis Rd. Boise, Idaho 83705-3611
- Activation Date: 08/22/2018

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—11

- Device IMEI 359275090402442

I researched the IMEI number that T-Mobile provided in the responsive information for the account associated with the phone number 208-509-2336. According to the website IMEI.INFO, which maintains a data base of 880 mobile networks including T-Mobile, the cellular phone with IMEI 359275090402442 is an LG Q7 Plus. I have used the website IMEI.INFO before in my investigations and have found the information to be accurate.

On May 24, 2021, I conducted surveillance at 2084 S. Curtis Rd. and observed a Volkswagen Van registered to Judd Ballard parked at the residence. I spoke with Judd Ballard's Parole Officer Ryan Meinhardt who confirmed Ballard resides at this address. In speaking with PO Meinhardt, I learned that a woman named Charlotte Gunn owns, and lives at, the residence, and Ballard rents a room in the house from Gunn.

During the month of June of 2021, I conducted surveillance near Ballard's residence and observed a male matching the description of Judd Ballard leave the residence and jog up Curtis Rd.

On June 3, 2021, I served federal search warrants on Oath Holdings, Inc for the contents of the john.jor9e@yahoo.com and jball1boy@yahoo.com accounts. The Honorable Candy W. Dale, United States Magistrate Judge for the District of Idaho, authorized a search of the accounts for evidence of the possession of child pornography.

On June 2, 2021, I received the responsive records for the account john.jor9e@yahoo.com from Oath Holdings, Inc. On June 6, 2021, I received the responsive records for the account jball1boy@yahoo.com from Oath Holdings, Inc. In reviewing the accounts, I located approximately 82 images of child pornography within the accounts.

On August 2, 2021, I applied for, and was granted, a federal search warrant for Ballard's

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—12

residence on Curtis Rd., his vehicle, and his person. The search warrant authorized law enforcement to seize and search electronic devices for evidence of the possession of child pornography. The search warrant also authorized law enforcement to press the fingers, including thumbs, of Judd Ballard to the touch identification sensor of a LG Q7 Plus cellular phone found on Judd Ballard's person, in his vehicle, or in his residence for the purpose of attempting to unlock the device in order to search the contents as authorized by the warrant.

On August 5, 2021, members of the ICAC Unit and other members of federal and local law enforcement executed the search warrant at Ballard's residence. Ballard was located at the residence and was escorted to my vehicle where Detective Jim Bohr and I conducted a recorded interview with Ballard.

I read Ballard his Miranda rights and showed him a physical form detailing his rights while doing so. Ballard acknowledged his rights and said he understood them. Ballard said he was willing to listen. Ballard signed the Miranda Rights form indicating that he was waiving his rights and I advised Ballard again that he did not have to answer questions or talk to me.

Ballard told me he has lived at 2084 S. Curtis Rd since 2017. Ballard told me he only has an iPhone and his phone number is 208-509-2336. Ballard provided the passcode to his iPhone and said he does not have any other computer or electronic device and that he does everything internet-related on his phone. Ballard said his previous phone was an Android but could not provide a date when he switched to the iPhone or where the old Android was located. A LG Q7 Plus cellphone is an Android cellphone.

I spoke with Ballard about his email accounts and Ballard told me that his email is juddballard@gmail.com. Ballard denied having any Yahoo email accounts. Ballard later told me he had a Yahoo account under juddballard@yahoo.com. Ballard told me he looks at pornography

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—13

and his preference is male because he is gay. Ballard said he prefers to look at images between the age of 18 and 28 but has viewed age-questionable images. Ballard said he will "click off of them" if he believes they are underage. Ballard described a photo website where he has viewed these images. Ballard denied saving or distributing any images of child pornography. I asked Ballard specifically about the Yahoo accounts that I was investigating, and Ballard requested a lawyer, so I terminated the interview.

While I was speaking with Ballard, Forensic Investigator Chris Hardin with the ICAC Unit was conducting an examination of Ballard's iPhone. The iPhone had been located on Ballard's person when he was contacted once we arrived at the residence. I spoke with Forensic Investigator Hardin and was told that he did not locate any child pornography on Ballard's iPhone, but that the iPhone showed a Bluetooth connection to an LG Q7 phone.

Forensic Investigator Gregg Lockwood with the ICAC Unit told me he found an LG Q7 Plus phone that was powered on underneath the dresser in Ballard's bedroom. This room was identified as Ballard's bedroom by Charlotte Gunn, the homeowner. The LG Q7 Plus phone display indicated it needed a password or fingerprint to unlock it. Per the search warrant, I placed Ballard's right index finger to the phone and unlocked the phone. Investigators located an LG phone box which had an IMEI sticker 359275090402442 on it that was in Ballard's bedroom.

Investigator Lockwood located 6,534 images and 2,136 videos on the LG Q7 Plus phone. I reviewed a portion of the images and would estimate that there was in excess of 500 hundred images that would meet the federal definition of child pornography. A more complete forensic examination will be conducted at a later time. I recognized several of the images on the phone as the same images that were reported in the Yahoo CyberTips described above. Specifically, on the phone, I located images that appear to be the same images described above with the File Name:

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—14

5.jpg and File Name:17.jpg.

Additionally, the following are descriptions of two additional images I viewed on the LG Q7 Plus phone.

    a. An image of a Caucasian male child approximately 10 to 12 years of age with short brown hair. The child is laying on a bed with a blue pillow or blanket behind him and a TV in the background. The child is completely nude from the waist up and is holding his erect penis with his right hand, which is the focus of the picture. It appears he is looking at something in front of him that is out view.

    b. An image depicting two Caucasian male children approximately 10 to 12 years old with short brown hair laying on a bed that has a tan floral print bedspread. Both children are completely nude and one of the boys is laying on top of the other in the opposite direction. Both children have the penis of the other child in their mouth, which is the focus of the picture.

Based on my training and experience, I believe that the two additional files described above meet the federal definition of child pornography. I also located numerous images of Ballard and his vehicle on the LG Q7 Plus phone and Ballard's email address juddballard@gmail.com was identified on the LG Q7 Plus phone. I located numerous images on the phone that appear to be photos that were taken from a bathroom stall. The images appear to depict unknown males who are urinating and appear to be unaware that they are being photographed.

## CONCLUSION

Based on the foregoing, there is probable cause to arrest and charge Judd Ballard with violations of 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography.

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—15

Respectfully submitted,

_Ken Boals_
Ken Boals
Senior Investigator, Idaho Attorney General's Office

Subscribed and sworn before me this 5th day of August, 2021.

_Raymond Patricco_
The Honorable Raymond E. Patricco
United States Magistrate Judge