# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Judd Evans Ballard** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Ken Boals | INTERPRETER: No |
| Telephone No.: (208) 947-8708 | If YES, language: |
| AGENCY: Internet Crimes Against Children Task Force (ICAC) | |
| CASE INFORMATION: | RELATED COMPLAINT: No |
| | CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Complaint**

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | **Ada** |
| Class A Misdemeanor: | No | Estimated Trial Time: | **4 days** |
| Class B or C Misdemeanor: (Petty Offense) | No | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | ONE | Possession of Child Pornography | Not less than 10 years, nor more than 20 years imprisonment, 5 years to lifetime supervised release, $250,000 fine, $5,100 Special Assessment |

Date: 5 August 2021

Assistant U.S. Attorney: KASSANDRA J. MCGRADY
Telephone No.: (208) 334-1211